# Case Docket Entries

CC-41-2025-C-368

| | | | |
|---|---|---|---|
| Court: | **Circuit** | County: **41 - Raleigh** | Created Date: **9/19/2025** | Security Level: **Public** |
| Judge: | **Andrew Dimlich** | Case Type: **Civil** | Case Sub-Type: **Other** | Status: **Open** |

Related Cases:

Style:  **Elizabeth Marie Phillips v. Benjain Hatfield**

| # | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 9/19/2025 12:54:58 PM | E-Filed | | Complaint |
| | 1-1  9/19/2025 | Civil Case Information Statement | | |
| | 1-2  9/19/2025 | Complaint - Complaint | | |
| | 1-3  9/19/2025 | Transmittal | | |
| 2 | 9/19/2025 12:54:58 PM | Judge Assigned | J-41002 | Andrew Dimlich |
| 3 | 9/19/2025 12:54:58 PM | Party Added | P-001 | Elizabeth Marie Phillips |
| 4 | 9/19/2025 12:54:58 PM | Party Added | D-001 | Benjain Hatfield |
| 5 | 9/19/2025 12:54:58 PM | Party Added | D-002 | Raleigh County Commissioner |
| 6 | 9/19/2025 12:54:58 PM | Party Added | D-003 | Commissioner Linda Epling |
| 7 | 9/19/2025 12:54:58 PM | Party Added | D-004 | Commissioner Daniel Hall |
| 8 | 9/19/2025 12:54:58 PM | Party Added | D-005 | Commissioner Gregory Duckworth |
| 9 | 9/19/2025 12:54:58 PM | Party Added | D-006 | Commissioner John/Jane Doe |
| 10 | 9/19/2025 12:54:58 PM | Attorney Listed | P-001 | A-11323 - Matthew A. Bradford |
| 11 | 9/19/2025 12:54:58 PM | Attorney Listed | P-001 | A-6252 - Timothy P. Lupardus |
| 12 | 9/19/2025 12:54:58 PM | Attorney Listed | P-001 | A-13709 - Zachary Kyle Whitten |
| 13 | 9/19/2025 12:54:58 PM | Attorney Listed | P-001 | A-13071 - Brandon Lee Gray |
| 14 | 9/19/2025 12:54:58 PM | Service Requested | D-001 | No Service |
| 15 | 9/19/2025 12:54:58 PM | Service Requested | D-002 | No Service |
| 16 | 9/19/2025 12:54:58 PM | Service Requested | D-003 | No Service |
| 17 | 9/19/2025 12:54:58 PM | Service Requested | D-004 | No Service |
| 18 | 9/19/2025 12:54:58 PM | Service Requested | D-005 | No Service |
| 19 | 9/19/2025 12:54:58 PM | Service Requested | D-006 | No Service |
| 20 | 9/23/2025 10:37:20 AM | Document Emailed | | Court user emailed LSIMMONS@PFFWV.COM document 1-2 - Complaint - Complaint |
| 21 | 10/23/2025 4:49:45 PM | E-Filed | | Supporting Documents - Return of Service - Banjamin Hatfield |
| | 21-1  10/23/2025 | Service Return - Proof of Service - Benjamin Hatfield | | |
| | 21-2  10/23/2025 | Transmittal | | |
| 22 | 11/13/2025 11:07:58 AM | Document Emailed | | Court user emailed COALCOUNTRYLAWFIRM@GMAIL.COM document 1-2 - Complaint - Complaint |